| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
|   | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
|   | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California 94111-4006 |
|   | Tel: (415) 315-6300 |
| 5 | Fax: (415) 315-6350 |
| 6 | HARVEY J. WOLKOFF |
|   | harvey.wolkoff@ropesgray.com |
| 7 | MARK P. SZPAK |
|   | mark.szpak@ropesgray.com |
| 8 | LARA A. ORAVEC |
|   | lara.oravec@ropesgray.com |
| 9 | ROPES & GRAY LLP |
|   | Prudential Tower, 800 Boylston Street |
| 10 | Boston, MA 02199-3600 |
|   | Tel: (617) 951-7606 |
| 11 | Fax: (617) 235-0215 |
| 12 | Attorneys for Defendants |
|   | SONY NETWORK ENTERTAINMENT AMERICA, INC. and |
| 13 | SONY COMPUTER ENTERTAINMENT AMERICA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. BOVA, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-02316-EDL |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| SONY NETWORK ENTERTAINMENT AMERICA, INC., a Delaware Corporation and SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company, | Judge: Magistrate Judge Elizabeth D. Laporte |
| Defendants. | |

26709346_2.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02316-EDL

1    WHEREAS, defendants Sony Network Entertainment America, Inc. ("SNEA") and Sony
2 Computer Entertainment America LLC ("SCEA"), as well as certain related entities (collectively,
3 the "Sony Defendants"), have been named as defendants in at least nineteen (19) putative class
4 action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony Litigations");

5    WHEREAS, certain of the Sony Defendants have also been named as defendants in at
6 least fourteen (14) putative class action lawsuits pending outside this District, to date, including at
7 least five (5) suits in the Central District of California, one (1) suit in the Southern District of
8 California, one (1) suit in the Southern District of New York, one (1) suit in the Eastern District
9 of New York, one (1) suit in the District of Massachusetts, one (1) suit in the Eastern District of
10 Michigan, two (2) suits in the Southern District of Texas, one (1) suit in the District of
11 Connecticut, and one (1) suit in the Southern District of Florida (collectively, with the N.D. Cal.
12 Sony Litigations, the "U.S. Sony Litigations");

13    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
14 Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
15 to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
16 2011.

17    WHEREAS, the current deadline for SCEA and SNEA to respond to the Complaint is
18 June 1, 2011;

19    WHEREAS, the parties have agreed to the extension of time herein for the defendants in
20 the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
21 facilitate the scheduling of this matter in coordination with the schedule for the motion before the
22 JPML;

23    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
24 by and through their respective counsel, hereby stipulate as follows:

25    The deadline for the defendants to respond to the Complaint in the above-captioned action
26 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
27 litigation centralizing the above-captioned action with other matters, or if centralization is denied
28 by the JPML, then 30 days from the date of such order denying centralization.

-2-    STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02316-EDL

| | |
|---|---|
| Dated: May 16, 2011 | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD<br>WOLF HALDENSTEIN ADLER FREEMAN &<br>HERZ LLP |
| | By:  /s/ Betsy C. Manifold /s/ [as authorized]<br>      Betsy C. Manifold |
| | Attorneys for Plaintiff<br>ROBERT M. BOVA |
| Dated: May 16, 2011 | HARVEY WOLKOFF<br>THAD A. DAVIS<br>ROCKY C. TSAI<br>ROPES & GRAY LLP |
| | By:  /s/ Rocky C. Tsai /s/<br>      Rocky C. Tsai |
| | Attorneys for Defendants<br>SONY NETWORK ENTERTAINMENT<br>AMERICA, INC. and SONY<br>COMPUTER  ENTERTAINMENT<br>AMERICA LLC |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 18, 2011

By: _____
U.S. District Court Judge
Judge Elizabeth D. Laporte

-2-   STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02316-EDL